# PLATTE, KLARSFELD & LEVINE, LLP
ATTORNEYS AT LAW
10 EAST 40TH STREET, 46TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 889-0707
FACSIMILE: (212) 889-9401
WWW.PLATTELAW.COM

(212) 726-4423
jklarsfeld@plattelaw.com

November 26, 2019

Hon. Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/19

Re: Roldan v. Dupal Enterprises, LLC, et. al.
Case No. 19-CV-7409

Dear Judge Abrams:

This office represents Dupal Enterprises, LLC ("Dupal") in the above referenced action. We write to jointly request on behalf of all parties to this action that the initial pretrial conference, currently scheduled for December 6, 2019, be adjourned to a date after January 8, 2020.

Dupal filed its Answer earlier today and has retained an architect to determine if and to what extent work must be performed at the subject premises so that it complies with the American with Disabilities Act and the New York State and City Human Rights Laws. We are hopeful that this matter can be fully resolved within the next several weeks and prior to any adjourned conference date.

By order dated October 16, 2019, and prior to Dupal's appearance in this action, the Court granted Plaintiff's request to adjourn the initial conference from October 25, 2019 to December 6, 2019. The Court also granted the request by co-Defendant Smart Realty LLC to extend its time to answer to November 20, 2019 and Dupal's request to extend its time to answer to November 26, 2019.

Thank you for your consideration.

Respectfully submitted,

Jeffrey Klarsfeld

Application granted. The initial conference is hereby adjourned to January 17, 2020 at 3:30 p.m.

SO ORDERED.

Hon. Ronnie Abrams
11/26/19