USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/20

LAW OFFICE OF
Donald J. WEISS
363 SEVENTH AVENUE, 4TH FLOOR
NEW YORK, NEW YORK 10001
212-967-4440
DJWLAW@MINDSPRING.COM

January 3, 2020

Via ECF
Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re: Roldan v. Dupal Enterprises LLC et. al.; Case No. 19 CV 7409

Dear Judge Abrams:

    I am the attorney for plaintiff in the referenced matter. This matter is scheduled for an initial conference on January 17, 2020. I am writing on behalf of all parties to jointly request an adjournment of that conference.

    The attorney for defendant Smart Realty LLC has advised that he will be going away at the end of next week and I may be required to be absent on the day of the scheduled conference. Further, defendants are in the process of retaining an architect and contractor, if necessary, to address the ramp allegations. We are therefore hopeful that the case may be resolved without taking up the Court's time.

    It is therefore respectfully requested that the conference be rescheduled for a date after January 27, 2020. There were two prior requests for adjournment of the initial conference, both of which were granted.

    Thank you for your time and attention herein.

Very truly yours,

*Donald J. Weiss*

Donald J. Weiss

---

Application granted. The initial conference is adjourned to January 31, 2020 at 2 P.M.

SO ORDERED.

_____
Hon. Ronnie Abrams
1/3/2020